# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No. | 5:26-CR-32-JGB | Date | April 27, 2026 |
|---|---|---|---|
| Title | United States v. Michael Barroso | | |

Present: The Honorable    Stephanie S. Christensen, United States Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**    ORDER OF DETENTION – SUPERVISED RELEASE ALLEGATION

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that Defendant has not carried his/her burden of establishing by clear and convincing evidence [18 U.S.C. § 3142(b-c)] that Defendant:

☒    will appear for further proceedings as required if released.

☒    will not endanger the safety of any other person or the community if released.

The Court bases its findings on the following:

☒    Allegations in petition

☐    Lack of bail resources

☐    No stable residence or employment

☐    Ties to foreign countries

☐    Previous failure to appear or violations of probation, parole, or release

☒    Nature of previous criminal convictions

☐    Substance abuse

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | 5:26-CR-32-JGB | Date | April 27, 2026 |
|---|---|---|---|
| Title | United States v. Michael Barroso | | |

☐    Already in custody on state or federal offense

☐    Refusal to interview with Pretrial Services

☐

☐    Defendant did not oppose the detention request.

\* \* \*

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.